# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT E. CATTANACH, | Civil No. 13-1664 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| BNSF RAILWAY COMPANY, | **ORDER ON REPORT AND RECOMMENDATION** |
| Defendant. | |

Fredric A. Bremseth, **BREMSETH LAW FIRM, PC,** 601 Carlson Parkway, Suite 995, Minnetonka, MN 55305, Robert E. Cattanach, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402-1498 for plaintiff.

Timothy K. Masterson, Emily A. Atkinson, **SWEENEY & MASTERSON, PA,** 325 Cedar Street, Suite 600 St Paul, MN 55101

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 31, 2016. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED that:**

1. Plaintiff's Objections to Requests for Costs [Docket No. 190] is overruled in part and sustained in part.

2. The Cost Judgment entered on May 3, 2016 [Docket No. 188] is amended to award costs in the amount of $12,843.38 to defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 21, 2016
at Minneapolis, Minnesota

                                         s/John R. Tunheim
                                         JOHN R. TUNHEIM
                                         Chief Judge
                                         United States District Court